GEORGE N. MANCHESTER et al., Respondents, *v.* SUSAN M. KEN-DALL et al., Executors, etc., Appellants.

(Argued June 14, 1886; decided October 5, 1886.)

*W. McDermot* for appellants.

*David Thurston* for respondents.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.

---

DOUGLAS DIXON, Respondent, *v.* EDWARD H. WOODWARD, Im-pleaded, etc., Appellant.

THIS case presented the same question as was argued and de-cided with *Gadsden* v. *Woodward* (*ante,* p. 242).